The People of the State of New York, Respondent,
against
Rehmat Khattak, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Ann E. Scherzer, J.), rendered December 21, 2016, after a nonjury trial, convicting him of attempted forcible touching and sexual abuse in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Ann E. Scherzer, J.) rendered December 21, 2016, affirmed. 
The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]), which included the testimony of the victim and two plainclothes police officers who witnessed the underlying subway incident. There is no basis for disturbing the trial court's determinations concerning credibility, including its evaluation of the victim's testimony and minor inconsistencies in the testimony of the officers. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 26, 2018